UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Application of VIOLY MCCAUSLAND-SEVE,

        Petitioner,

For an Order Pursuant to Article 75 of the CPLR to Stay the Arbitration of a Certain Controversy

       -against-

CORE VALUE PARTNERS (LATIN AMERICA), LLC,

        Respondent.

Civil Action No. _____

**RULE 7.1 STATEMENT**

---

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Core Value Partners (Latin America), LLC (a private non-governmental party) certifies that it is a limited liability company without any corporate parents or publicly traded affiliates and/or subsidiaries.

Dated: New York, New York
April 25, 2011

CHADBOURNE & PARKE LLP

By: _____
Thomas E. Butler (TB - 5598)
A Member of the Firm
Attorneys for Respondent Core Value
Partners (Latin America), LLC
30 Rockefeller Plaza
New York, NY  10112
(212) 408-5100