AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

VIOLY MCCAUSLAND-SEVE

**APPEARANCE**

v.

Case Number: 1:11-cv-02773-VM

CORE VALUE PARTNERS
(LATIN AMERICA), LLC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Violy McCausland-Seve

I certify that I am admitted to practice in this court.

| 5/2/2011 | [signature] |
| Date | Signature |
| | Andrew Weissmann — AW6972 |
| | Print Name — Bar Number |
| | 919 Third Avenue, 37th Floor |
| | Address |
| | New York — NY — 10022 |
| | City — State — Zip Code |
| | (212) 891-1650 — (212) 909-0850 |
| | Phone Number — Fax Number |