UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

| | |
|---|---|
| Application of VIOLY MCCAUSLAND-SEVE, | : Civil Action No. 11CV2773 |
| Petitioner, | : |
| For an Order Pursuant to Article 75 of the CPLR to Stay the Arbitration of a Certain Controversy | : Notice of Appearance |
| | : |
| - against – | : |
| CORE VALUE PARTNERS (LATIN AMERICA) LLC, | : |
| Respondent. | : X |

--------------------------------------------------------

PLEASE TAKE NOTICE, that Solomon Blum Heymann LLP, 40 Wall Street, 35th Floor, New York, New York 10005, hereby appears as counsel for Petitioner and respectfully requests that all papers be forwarded to the undersigned at the address set forth below.

Dated: New York, New York
May 3, 2011

SOLOMON BLUM HEYMANN LLP

By: _____
Mark R. Kook (MK-6832)
mkook@solblum.com
Attorneys for Petitioner
40 Wall Street, 35th Floor
New York, New York 10005
(212) 267-7600

TO:   Thomas Butler, Esq.
      CHADBOURNE & PARKE, LLP
      30 Rockefeller Plaza
      New York, New York 10112
      (212) 408-5283

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| Application of VIOLY MCCAUSLAND-SEVE, | Civil Action No. 11CV2773 |
| Petitioner, | |
| For an Order Pursuant to Article 75 of the CPLR to Stay the Arbitration of a Certain Controversy | Affirmation of Service |
| - against – | |
| CORE VALUE PARTNERS (LATIN AMERICA) LLC, | |
| Respondent. | |

------------------------------------------------------------X

MARK KOOK, being an attorney admitted in the State of New York, hereby affirms under penalty of perjury:

1. On May 3, 2011, I served the within Notice of Appearance upon Respondent's attorney by depositing on said date a true copy thereof, enclosed in a post-paid wrapper addressed to his last known address

   Thomas Butler, Esq.
   CHADBOURNE & PARKE, LLP
   30 Rockefeller Plaza
   New York, NY 10112

into an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

_____
MARK KOOK