AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern                    DISTRICT OF                    New York

VIOLY MCCAUSLAND SEVE

**APPEARANCE**

v.

Case Number:   1:11-cv-02773-VM

CORE VALUE PARTNERS
(LATIN AMERICA), LLC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Violy McCausland-Seve

I certify that I am admitted to practice in this court.

| 5/4/2011 | | |
|---|---|---|
| Date | Signature | |
| | Eddie A. Jauregui | EJ1600 |
| | Print Name | Bar Number |
| | 919 Third Avenue, 37th Floor | |
| | Address | |
| | New York                NY                10022 | |
| | City                State                Zip Code | |
| | (212) 891-1684          (212) 909-0884 | |
| | Phone Number            Fax Number | |