AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

VIOLY MCCAUSLAND SEVE

**APPEARANCE**

v.

Case Number: 1:11-cv-02773-VM

CORE VALUE PARTNERS
(LATIN AMERICA), LLC

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Violy McCausland-Seve

I certify that I am admitted to practice in this court.

| 5/4/2011 | _[signature]_ |
|---|---|
| Date | Signature |

| Mark A. Lightner | ML0000 |
|---|---|
| Print Name | Bar Number |

919 Third Avenue, 37th Floor
Address

| New York | NY | 10022 |
|---|---|---|
| City | State | Zip Code |

| (212) 891-1626 | (212) 909-0819 |
|---|---|
| Phone Number | Fax Number |