CHADBOURNE
& PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100 fax (212) 541-5369

**Thomas E. Butler**
direct tel 212-408-5283
tbutler@chadbourne.com

May 9, 2011

Hon. Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/11
```

Re: McCausland-Seve v. Core Value Partners
(Latin America) LLC, 11 CV 2773 (VM)

Dear Judge Marrero:

This firm is counsel to Respondent, Core Value Partners (Latin America) LLC ("Core Value"), in the above-referenced case. As Your Honor knows, by letter dated May 2, 2011, counsel for Petitioner requested that Your Honor approve a proposed briefing schedule for Petitioner's prospective motion to disqualify Chadbourne & Parke LLP as counsel for Core Value. The parties also requested that Core Value's time to respond to the Petition pursuant to CPLR 7503 be extended from May 11 until after the disqualification motion was decided. On our conference call with Your Honor on Tuesday, May 3, Your Honor directed that the parties submit letters setting forth their respective positions on the disqualification question prior to engaging in formal motion practice, but we did not address the request for an extension of Core Value's time to respond to the Petition. As a result, Core Value respectfully requests that its time to respond to the Petition be extended until after the disqualification issue has been determined by the Court. I discussed this matter with Mark Kook, one of Petitioner's attorneys, who informed me that Petitioner joins in his request.

Respectfully submitted,

Thomas E. Butler

VIA FACSIMILE

cc: Mark Kook, Esq.

Request GRANTED. The time for respondent to respond to the petition herein is extended to a date to be set after the resolution of the attorney disqualification issue described to be.

SO ORDERED.

5-9-11
DATE          VICTOR MARRERO, U.S.D.J.