```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Violy McCausland-Seve ) | |
| ) | Case No. 11-CV-2773 |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER FOR ADMISSION |
| ) | PRO HAC VICE |
| Core Value Partners ) | ON WRITTEN MOTION |
| (Latin America), LLC ) | |
| ) | |
| Respondent. ) | |

Upon motion of Andrew Weissmann, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | James L. Thompson |
| Firm Name: | Jenner & Block LLP |
| Address: | 353 N. Clark Street |
| City/State/Zip: | Chicago, IL 60654 |
| Phone Number: | (312) 923-2944 |
| Fax Number: | (312) 840-7344 |
| Email Address: | JThompson@jenner.com |

is admitted to practice *pro hac vice* as counsel for Petitioner, Violy McCausland-Seve, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before the Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: May 24, 2011
New York, New York

Victor Marrero
United States District Judge

SCANNED

#8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Violy McCausland-Seve      )
                           )       Case No. 11-CV-2773 (VM)
        Petitioner,        )
                           )
   v.                      )       MOTION TO ADMIT COUNSEL
                           )       PRO HAC VICE
Core Value Partners        )
(Latin America), LLC       )
                           )       MAY 20 2011
        Respondent.        )

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Andrew Weissmann, a member in good standing

of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

|                  |                      |
|------------------|----------------------|
| Applicant's Name:| James L. Thompson    |
| Firm Name:       | Jenner & Block LLP   |
| Address:         | 353 N. Clark Street  |
| City/State/Zip:  | Chicago, IL 60654    |
| Phone Number:    | (312) 923-2944       |
| Fax Number:      | (312) 840-7344       |
| Email Address:   | JThompson@jenner.com |

James L. Thompson is a member in good standing of the bar of the State of Illinois. There is no

pending disciplinary proceeding against James L. Thompson in any State or Federal Court.

Dated: May 16, 2011                    Respectfully Submitted:
       New York, New York

                                       Andrew Weissmann
                                       SDNY Bar No. AW6972
                                       Jenner & Block LLP
                                       919 Third Avenue, 37th Floor
                                       New York, NY 10022-3908
                                       Phone: 212-891-1650
                                       Fax:   212-909-0850

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Violy McCausland-Seve )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>Core Value Partners )<br>(Latin America), LLC )<br>)<br>Respondent. ) | Case No. 11-CV-2773<br><br>AFFIDAVIT OF<br>ANDREW WEISSMANN IN SUPPORT<br>OF MOTION TO ADMIT COUNSEL<br>PRO HAC VICE |

State of New York   )
                    )  ss:
County of New York  )

Andrew Weismann, being duly sworn, hereby deposes and says as follows:

1. I am a Partner at Jenner & Block LLP. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit James L. Thompson as counsel *pro hac vice* to represent Petitioner, Violy McCausland-Seve, in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in August 1985. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known James L. Thompson since 2006.

4. Mr. Thompson is a Partner at Jenner & Block LLP in Chicago, Illinois.

5. I have found Mr. Thompson to be a skilled attorney and a person of integrity. He is experienced in federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move for the admission of James L. Thompson, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of James L. Thompson, *pro hac vice*, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit James L. Thompson, *pro hac vice*, to represent Petitioner Violy McCausland-Seve in the above-captioned matter, be granted.

Dated: May 16, 2011
      New York, New York

Respectfully Submitted:

_____
Andrew Weissmann
SDNY Bar No. AW6972

Subscribed and sworn to before me this
16th day of May, 2011.

_____
Notary Public

MARK R. SCHOLL
NOTARY PUBLIC, State of New York
No. 01SC6063204
Qualified in New York County
Commission Expires August 27, 2013

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

James L. Thompson

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 1988 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, May 17, 2011.

*Carolyn Taft Grosboll*
Clerk

## Service List

Thomas Edward Butler
Chadbourne & Parke LLP (NY)
30 Rockefeller Plaza
New York, NY 10112

***Counsel for Respondent Core Value Partners (Latin America), LLC***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **Violy McCausland-Seve** | ) | |
| | ) | Case No. 11-CV-2773 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE OF** |
| | ) | **MOTION TO ADMIT COUNSEL** |
| **Core Value Partners** | ) | **PRO HAC VICE AND AFFIDAVIT** |
| **(Latin America), LLC** | ) | **IN SUPPORT** |
| | ) | |
| Respondent. | ) | |

      I, Andrew Weissmann, certify that on May 18, 2011, I caused a copy of the Motion to Admit James L. Thompson *Pro Hac Vice* and the Affidavit in support thereof to be served, by First Class U.S. mail, upon the attached service list.

*[signature]*

Andrew Weissmann
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY  10022-3908
Phone: 212-891-1650
Fax:    212-909-0850