# LAW OFFICE OF MARK R. KOOK

270 Madison Avenue, Suite 1203 • New York, NY 10016 • Tel. 212-766-4100 • Fax 212-766-4109
mkook@kooklaw.com



July 12, 2011

**By Fax**
Hon. Victor Marrero
United States District Court
500 Pearl Street, Suite 660
New York, New York 10007

        Re:    *McCausland-Seve v. Core Value Partners (Latin America), LLC*, 11-CV-2773

Dear Judge Marrero:

      My firm, together with the firm of Jenner & Block LLP, represents Petitioner Violy McCausland-Seve.

      Pursuant to Your Honor's directive, we have, together with Thomas Butler, Esq. at Chadbourne & Parke LLP, counsel for Respondent Core Value Partners (Latin America), LLC, determined when the prospective witnesses and counsel will be available for an evidentiary hearing upon Petitioner's motion to disqualify the Chadbourne law firm.

      Counsel for the parties accordingly request that the Hearing be scheduled during September 13-15, 2011, subject of course to Your Honor's schedule.

                    Respectfully,

                    Mark R. Kook

Cc: Thomas Butler, Esq. (by fax)
    Andrew Weissmann, Esq. (by fax)



Request GRANTED. The *evidentiary hearing* herein is scheduled for *9-15-11* at *9:30 a.m.*

SO ORDERED.

*7-14-11*
DATE          VICTOR MARRERO, U.S.D.J.