USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/11

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
VIOLY MCCAUSLAND-SEVE,              :
                                    :
                        Petitioner, :
                                    :     11 Civ. 2773 (VM)
          - against -               :
                                    :     CONDITIONAL
                                    :     ORDER OF
CORE VALUE PARTNERS                 :     DISCONTINUANCE
(LATIN AMERICA), LLC,               :     WITHOUT PREJUDICE
                                    :
                        Respondent. :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge**

The parties having informed the Court, at the telephone conference held with counsel on September 26, 2011, that they have reached an agreement in principle to resolve this action without further litigation, and do not object to the issuance of this Order, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that by October 27, 2011 the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, in the event that the settlement is not consummated by October 27, 2011, upon notification by the petitioner, the Court shall promptly reinstate the action and any pending motions to its active docket and the parties shall be directed to appear before the Court on

October 28, 2011 at 9:30 a.m. to resume the previously scheduled evidentiary hearing.

The evidentiary hearing scheduled for October 5, 2011 is canceled but shall be rescheduled as set forth above in the event petitioner notifies the Court that the parties' settlement was not effectuated and that such evidentiary hearing is necessary to resume pretrial proceedings herein.

The Clerk of Court is directed to terminate any pending motions and to close this case.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         27 September 2011

                                    VICTOR MARRERO
                                        U.S.D.J.