# LAW OFFICE OF MARK R. KOOK

270 Madison Avenue, Suite 1203 • New York, NY 10016 • Tel. 212-766-4100 • Fax 212-766-4109
mkook@kooklaw.com

October 25, 2011

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/11
```

By Fax
Hon. Victor Marrero
United States District Court
500 Pearl Street, Suite 660
New York, New York 10007

    Re:    *McCausland-Seve v. Core Value Partners (Latin America), LLC*, 11-CV-2773

Dear Judge Marrero:

    My firm, together with the firm of Jenner & Block LLP, represents Petitioner Violy McCausland-Seve.

    I am submitting this letter, together with counsel for Respondent, Thomas Butler, Esq., of Chadbourne & Parke, to request that the Conditional Order of Discontinuance Without Prejudice, dated September 27, 2011, be amended to provide that petitioner have until November 10, 2011 to send a notification to the Court as to whether a settlement has been consummated, or the action be reinstated. The parties have engaged in substantial settlement negotiations concerning the matter before Your Honor, and three other lawsuits involving the parties. We have made substantial progress towards reaching a resolution, and have exchanged drafts of a proposed Settlement Agreement. The short additional time requested will, we hope, allow the parties to reach an agreement.

    Mr. Butler and I will advise the Court promptly in regard to the outcome of the settlement discussions, and in all events prior to November 10, 2011, or whatever other control date the Court adopts. In the event a settlement is not finalized by that date, the Court can then re-schedule the Evidentiary Hearing upon petitioner's Motion To Disqualify, which we understand would be adjourned in all events from its present scheduled date of October 28, 2011.

    We thank Your Honor for consideration of this request.

Respectfully,

Mark R. Kook

Cc: Thomas Butler, Esq. (by fax)
Katya Jestin, Esq. (by fax)

---

Request GRANTED. The Conditional Order of Discontinuance herein is amended to extend until 11-10-11 the date by which plaintiff may restore the action to the Court's active calendar.

SO ORDERED.

10-25-11
DATE         VICTOR MARRERO, U.S.D.J.