# LAW OFFICE OF MARK R. KOOK

270 Madison Avenue, Suite 1203 • New York, NY 10016 • Tel. 212-766-4100 • Fax 212-766-4109
mkook@kooklaw.com

November 9, 2011

By Fax
Hon. Victor Marrero
United States District Court
500 Pearl Street, Suite 660
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/9/11

Re: *McCausland-Seve v. Core Value Partners (Latin America), LLC*, 11-CV-2773

Dear Judge Marrero:

My firm, together with the firm of Jenner & Block LLP, represents Petitioner Violy McCausland-Seve.

I am submitting this letter, together with counsel for Respondent, Thomas Butler, Esq., of Chadbourne & Parke, to request that the Conditional Order of Discontinuance Without Prejudice, dated September 27, 2011, as amended on October 25, 2011, be further amended to provide that petitioner shall have until November 18, 2011 to send a notification to the Court as to whether a settlement has been consummated, or the action be reinstated.

The parties have completed drafting settlement papers, but it appears that the documents may not be executed until this Friday, November 11, or a few days later. To cover the possibility that the completion of the settlement might take place after the current date of November 10 for Petitioner to advise the Court regarding settlement or reinstatement, we respectfully request this brief additional time

We thank Your Honor for consideration of this request.

Respectfully,

Mark R. Kook

Cc: Thomas Butler, Esq. (by fax)
Katya Jestin, Esq. (by fax)

---

Request GRANTED. The Conditional Order of Discontinuance herein is amended to extend until **11-18-11** the date by which plaintiff may restore the action to the Court's active calendar.

SO ORDERED.

11-9-11
DATE          VICTOR MARRERO, U.S.D.J.