UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Application of VIOLY MCCAUSLAND-SEVE,

                        Petitioner,

For an Order Pursuant to Article 75 of the CPLR to
Stay the Arbitration of a Certain Controversy

                   -against-

CORE VALUE PARTNERS (LATIN AMERICA), LLC,

                        Respondent.

**STIPULATION OF DISMISSAL PURSUANT TO FRCP RULES 41(A)(1)**

11-cv-2773 (VM)

    IT IS HEREBY STIPULATED AND AGREED that, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Petitioner Violy McCausland-Seve hereby dismisses all claims in the above-captioned action asserted against defendant Core Value Partners (Latin America), LLC, with prejudice and without costs. This stipulation has been signed by all parties who have appeared in the relevant action and may be filed without further notice with the Clerk of the Court.

Dated:    New York, New York
             November /7, 2011

LAW OFFICE OF MARK R. KOOK

By: _____
       Mark Kook
      A Member of the Firm
Attorneys for Petitioner
270 Madison Avenue, Suite 1203
New York, New York 10016
Tel: (212) 766-4100
Fax: (212) 891-1699

CHADBOURNE & PARKE LLP

By: _____
       Thomas E. Butler
      A Member of the Firm
Attorneys for Respondent
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 408-5100
Fax: (212) 541-5369