# LAW OFFICE OF MARK R. KOOK

270 Madison Avenue, Suite 1203 • New York, NY 10016 • Tel. 212-766-4100 • Fax 212-766-4109
mkook@kooklaw.com

November 18, 2011

By Fax
Hon. Victor Marrero
United States District Court
500 Pearl Street, Suite 660
New York, New York 10007

    Re:    *McCausland-Seve v. Core Value Partners (Latin America), LLC*, 11-CV-2773

Dear Judge Marrero:

My firm, together with the firm of Jenner & Block LLP, represents Petitioner Violy McCausland-Seve.

I am submitting this letter, together with counsel for Respondent, Thomas Butler, Esq., of Chadbourne & Parke, to advise Your Honor that the parties have finalized and executed a settlement of their disputes.

We thank Your Honor in working with the parties as they negotiated the resolution.

Respectfully,

Mark R. Kook

Cc: Thomas Butler, Esq. (by fax)
    Katya Jestin, Esq. (by fax)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/11

---

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by petitioner.

**SO ORDERED.**

11-18-11
DATE    VICTOR MARRERO, U.S.D.J.